**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED MAR 0 5 2012

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10CR1753-BTM |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| TRAVIS CHELBERG, | |
| Defendant. | |

   IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

   18:113(a)(3) and 7(3) - Assault With a Dangerous Weapon Within Special Maritime and Territorial Jurisdiction(1);
   18:113(a)(6), 1365(h)(3)(c) and 7(3) - Assault Resulting in Serious Bodily Injury Within Special Maritime and Territorial Jurisdiction(2)

   IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 02/24/2012

Barry Ted Moskowitz   3-2-2012
U.S. District Judge